**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 9:15-CV-80200-KAM**

DURHAM COMMERCIAL CAPITAL CORP.,
a New York corporation,

        Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,
a Delaware limited liability company,

        Defendant.
_____/

**OCWEN LOAN SERVICING, LLC'S RESPONSE TO THE NOTICE OF
CHOICE OF LAW FILED BY DURHAM COMMERCIAL CAPITAL CORPORATION**

At the hearing held on Friday, February 24, 2017, the Court inquired as to the parties' positions on applicable choice of law and counsel for Durham Commercial Capital Corporation ("Durham") requested additional time to confirm its position and file a notice with the Court. On February 28, 2017, Durham filed its Notice of Choice of Law, setting out various contentions as to applicable law. ECF No. 150.

Ocwen's position, as set forth in its summary judgment papers and confirmed in Court on February 24, 2017, is that issues that turn on the Factoring Agreement between Durham and Connolly, Geaney, Ablitt & Willard, P.C. ("CGAW"), including any issues arising under the Uniform Commercial Code, should be governed by New York law. Durham agreed with this position in its summary judgment briefing, stating that "Durham does not dispute Ocwen's assertion that the Factoring Agreement between Durham and CGAW provides for New York law and that New York's version of the UCC should be applied." ECF No. 106.

As to any issues that arise from the relationship between Ocwen and CGAW, including from the Local Counsel Agreement between them, Ocwen's position is that Florida law should apply.

- 2 -

Respectfully submitted,

**K&L GATES LLP**
*Attorneys for Defendant*

Stephanie N. Moot, Esq.
Florida Bar No. 30377
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida  33131-2399
Telephone:     305-539-3300
Facsimile:      305-358-7095
Email: stephanie.moot@klgates.com

R. Bruce Allensworth (*pro hac vice*)
Brian M. Forbes (*pro hac vice*)
Jennifer J. Nagle (*pro hac vice*)
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:      617-261-3100
Facsimile:       617-261-3175
Email: bruce.allensworth@klgates.com
Email: brian.forbes@klgates.com
Email: jennifer.nagle@klgates.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
D. Brian O'Dell
Florida Bar No. 0659665
Jason R. Bushby
Florida Bar No. 0088574
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone:     205-521-8000
Facsimile:      205-521-8800
Email: bodell@babc.com
Email: jbushby@babc.com


By:     */s/ Stephanie N. Moot*
        STEPHANIE N. MOOT

Dated: March 1, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record this 1st day of March, 2017.

## SERVICE LIST

Michael W. Ullman, Esq.
michael.ullman@uulaw.net
Jared A. Ullman, Esq.
jared.ullman@uulaw.net
**Ullman & Ullman, P.A.**
7700 West Camino Real, Suite 401
Boca Raton, FL 33433

*Counsel for Plaintiff*
*Durham Commercial Capital Corporation*

                                      */s/ Stephanie N. Moot*
                                       Stephanie N. Moot